UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA JOSE MENDOZA PETIT,<br>*Petitioner*<br><br>v.<br><br>TODD M. LYONS, ACTING DIRECTOR OF US ICE; MIGUEL VERGARA, SAN ANTONIO FIELD OFFICE DIRECTOR, US IMMIGRATION AND CUSTOMS ENFORCEMENT; DAREN K. MARGOLIN, DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; AND WARDEN, DILLEY IMMIGRATION PROCESSING CENTER,<br>*Respondents* | § § § § § § § § § § § § § § § § | Case No. SA-25-CA-01840-XR |

### **FINAL JUDGMENT**

For the reasons set forth in the Court's Order issued on this date, the petition for writ of habeas corpus is **GRANTED**. Petitioner shall be released from detention in accordance with that order. The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 6th day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE